Territorial Law Library

FILED
SUPERIOR COURT
2013 DEC 27 PM 3: 29
CLERK OF COURT

## IN THE SUPERIOR COURT OF GUAM

THE PEOPLE OF GUAM, )  CRIMINAL CASE NO. CM0095-13
                     )
                     )
                     )  **DECISION AND ORDER**
         vs.            )  **ON MOTION FOR CIVIL**
                     )  **COMPROMISE**
                     )
BERNARD BAYRAN, )
                     )
         Defendant.  )
                     )
_____)

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena III on October 1, 2013 on Defendant's Motion to Dismiss. The People were represented by Assistant Attorney General James Collins. Defendant Bernard Bayran was represented by Attorney Suresh Sampath. After a hearing, the matter was taken under advisement. The Court now issues its Decision and Order.

## BACKGROUND

Defendant Bayran has been charged with Assault as a Misdemeanor and Criminal Mischief as a Misdemeanor. On August 16, 2013, he filed a Motion for Civil Compromise. He provides a statement by the alleged victim in this case which states he's seen the Defendant make improvements in his lifestyle, that he no longer finds the Defendant to be a danger, and that he wishes for the charges to be dismissed.

On August 20, 2013, the People filed their opposition to the motion. They contend that the alleged victim's statement fails to comply with the requirements for a Motion for Civil Compromise as required under Title 8 of the Guam Code.

On October 1, 2013, Defendant filed his Reply. He acknowledged that Defendant's statement did not contain the technical language required in Title 8,

and provided a Declaration from the alleged victim which would comport with the statute. For the reasons set forth below, Defendant's motion shall be granted.

## DISCUSSION

Title 8 of the Guam Code provides for civil compromise as follows:

(a) When the defendant has been charged with the commission of an offense which is not a felony for which the person injured by the act constituting the offense has a remedy by a civil action, the offense may be compromised as provided by this Section.

(b) If the person injured appears before, or files his declaration in, the court in which the criminal action is pending at any time before trial and acknowledges that he has received satisfaction for the injury, the court may, on payment of the costs incurred, order the criminal action dismissed.

8 G.C.A. § 80.90. The People argue that the language found in the alleged victim's statement constitutes a waiver of satisfaction for the injury and not the receipt of satisfaction for the injury as required under § 80.90.

In his Reply, Defendant acknowledged this and sought to cure the problem by filing a Declaration of the alleged victim. *See* Pablo Declaration. In contrast to the initial statement provided, the language of this Declaration fully complies with the statutory requirements of civil compromise under § 80.90. For this reason, the Defendant's motion shall be granted.

## CONCLUSION

For the reasons set forth above, Defendant's Motion for Civil Compromise is hereby **GRANTED**. Defendant is still liable for costs as set forth under 8 G.C.A. § 80.90. Defendant shall prepare a judgment consistent with this Decision and Order.

It is **SO ORDERED** this 27th day of December, 2013.

Original Signed By:
Hon. Alberto C. Lamorena III

_____
HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

DEC 2 7 2013

Esther L.S. Pinaula
Deputy Clerk, Superior Court of Guam





ORIGINAL